# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 26, 2023

## NO. 03-22-00288-CR

**Juan Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED AS MODIFIED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction, but that modification of the judgment is needed. The judgment of conviction is modified by adding "(f)(1)" to the "Statute for Offense" section so that the revised Statute for Offense is "PC 22.021(a)(2)(B), (f)(1)," where "PC" is the abbreviation for the Texas Penal Code. With the trial-court judgment modified as described, we affirm the judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.